**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-21351-CIV-MARTINEZ/OTAZO-REYES**

DYMA LOVING,

    Plaintiff,
v.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.
_____/

**JOINT REPORT ON OPEN AND PENDING RELATED STATE**
**CRIMINAL AND ADMINISTRATIVE INVESTIGATIONS**

On May 2, 2019, this Court entered an Order [ECF No. 7] granting Miami-Dade County's Unopposed Motion to Stay Proceedings Pending Resolution of Related State Criminal and Administrative Investigations [ECF No. 6]. The Court stayed and administratively closed this case—pending the resolution of the related state criminal and administrative investigations—and ordered the parties to file a written report every 60 days thereafter on the status of those investigations.

As of today, Alejandro Giraldo, one of the two officers named in the complaint, has been criminally charged by the State Attorney's Office and the case remains opens. In any event, the administrative investigation that will be conducted by Miami-Dade Police Department's Professional Compliance Bureau (PCB) cannot commence until the criminal matter is resolved in its entirety.

The parties will notify the Court of any known changes in the status of the open and pending criminal and administrative investigations should they occur before September 3, 2019, when the next status report is due. As such, the case must remain stayed.

2

June 28, 2019                           Respectfully submitted,

                                        ABIGAIL PRICE-WILLIAMS
                                        Miami-Dade County Attorney
                                        Stephen P. Clark Center
                                        111 N.W. 1st Street, Suite 2810
                                        Miami, Florida  33128

                                        By:  *s/ Bernard Pastor*
                                        Bernard Pastor
                                        Fla. Bar. No. 46582
                                        Assistant County Attorney
                                        e-mail: pastor@miamidade.gov
                                        Phone: (305) 375-5151
                                        Fax:  (305) 375-5634

                                        ACOSTA & LICHTER, P.A.
                                        Attorney for Plaintiff
                                        2930 NW 7th Ave, 2nd Floor
                                        Miami, FL 33127
                                        Phone: (305) 982-7886
                                        Email: a.acosta@acostalichterpa.com

                                        s/ *Adrian Acosta*
                                        Kyara L. Herard, Esq.
                                        FL. Bar. No.:123729

                                        TERI GUTTMAN VALDES LLC
                                        Counsel for Defendant GIRALDO
                                        1501 Venera Avenue, Suite 300
                                        Coral Gables, Florida 33146
                                        Telephone: (305) 740-9600
                                        Facsimile: (305) 740-9202
                                        E-mail: tgvaldes@aolAOL.com

                                        s/ *Teri Guttman Valdes*
                                        Teri Guttman Valdes
                                        Fla. Bar No. 0010741

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          *s/ Bernard Pastor*
                                          Assistant County Attorney