UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-21351-CIV-MARTINEZ

DYMA LOVING,

    Plaintiff,
v.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.
_____/

**JOINT STATUS REPORT ON OPEN AND PENDING RELATED STATE
CRIMINAL AND ADMINISTRATIVE INVESTIGATIONS**

On May 2, 2019, this Court entered an Order [ECF No. 7] granting Miami-Dade County's Unopposed Motion to Stay Proceedings Pending Resolution of Related State Criminal and Administrative Investigations [ECF No. 6]. The Court stayed and administratively closed this case—pending the resolution of the related state criminal and administrative investigations—and ordered the parties to file a written report every 60 days thereafter on the status of those investigations.

As of today, Alejandro Giraldo, one of the two officers named in the complaint, has been criminally charged by the State Attorney's Office and that case remains open. In any event, the administrative investigation that will be conducted by Miami-Dade Police Department's Professional Compliance Bureau (PCB) cannot commence until the criminal matter is resolved in its entirety.  The parties will notify the Court of any known changes in the status of the open and pending criminal and administrative investigations should they occur before November 4, 2020, when the next status report is due.  As such, the case must remain stayed and administratively closed.

Dated: August 24, 2020	Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By: *s/ Bernard Pastor*
Bernard Pastor
Fla. Bar. No. 46582
Assistant County Attorney
e-mail: pastor@miamidade.gov
Phone: (305) 375-5151
Counsel for Miami-Dade County

ACOSTA & LICHTER, P.A.
Attorney for Plaintiff
2930 NW 7th Ave, 2nd Floor
Miami, FL 33127
Phone: (305) 982-7886
Email: a.acosta@acostalichterpa.com

s/ *Adrian Acosta*
Adrian Acosta, Esq.
FL. Bar. No.: 123729

TERI GUTTMAN VALDES LLC
Counsel for Defendant Giraldo
1501 Venera Avenue, Suite 300
Coral Gables, Florida 33146
Telephone: (305) 740-9600
E-mail: tgvaldes@aolAOL.com

s/ *Teri Guttman Valdes*
Teri Guttman Valdes
Fla. Bar No. 0010741

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                           *s/ Bernard Pastor*
                                           Assistant County Attorney