UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 19-cv-21351-CIV-MARTINEZ: OTAZO-REYES

DYMA LOVING,
    Plaintiff,
v.

MIAMI-DADE COUNTY, *et al.,*
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff Dyma Loving, through her undersigned counsel, and pursuant to the mandate of SDFL Local Rule 7(b)(4)(A), respectfully files her "Notice of Ninety Days Expiring," and in accordance with the rule states:

1. On August 24, 2022, Plaintiff filed and served her "Motion to Lift Stay" [D.E. 19]. By that motion, Plaintiff sought the entry of an order lifting the stay imposed by this Court's order of May 2, 2019 [D.E. 7].

2. On September 13, 2022. Defendants filed and served their "Joint Response to Plaintiff's Motion to Lift Stay" [D.E. 23].

3. On September 20, 2022, Plaintiff filed and served her "Reply in Support of Motion to Lift Stay" (D.E. 24].

4. No party requested a hearing on Plaintiff's Motion to Lift Stay, and no hearing was held.

Dated: December 21, 2022        Respectfully submitted,

                                      RODRIGUEZ TRAMONT & NUÑEZ, P.A.
                                      Counsel for Plaintiff, Dyma Loving

                                      */s/ Andrew V. Tramont*

                                          Andrew V. Tramont
                                        Florida Bar No. 322830
                                        Stephanie T. Núñez
                                        Florida Bar No. 99588
                                        Paul M. Núñez
                                        Florida Bar No. 124205