UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 19-21351-CIV-MARTINEZ

DYMA LOVING,

    Plaintiff,

v.

MIAMI-DADE COUNTY, FLORIDA;
MIAMI-DADE COUNTY POLICE DEPARTMENT;
ALEJANDRO GIRALDO, Miami-Dade
County Police Officer, in his individual and officer
Capacity; J.F. CALDERON, Miami-Dade
County Police Officer, in his individual
And official capacity;

    Defendants.
_____/

## JOINT CONFERRAL REPORT

The parties, by and through the undersigned counsel, and pursuant to the Court's March 13, 2023, Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF No. 31], as well as Local Rule 16.1(b), after having conducted their Joint Scheduling Conference on March 31, 2023, state as follows:

### I. Local Rule 16.1(b) Requirements

#### A. The likelihood of settlement:

The parties have discussed the possibility of settlement and report that while settlement of the issues may be possible, it does not appear it will happen before discovery is taken. The parties will continue to explore the possibility of settlement throughout the course of this action.

#### B. The likelihood of appearance in the action of additional parties:

The parties do not expect additional parties will appear in this case.

#### C. Proposed limits on time:

Case Number: 19-21351-CIV-MARTINEZ

The Court has already entered a Scheduling Order setting forth the pre-trial deadlines in this case. *See* [ECF No. 31].

      (i)      <u>to join other parties and to amend the pleadings</u>: *See*, ECF No. 31.

      (ii)      <u>to file and hear motions</u>: *See*, ECF No. 31.

      (iii)      <u>to complete discovery</u>: *See*, ECF No. 31.

**D.**      **<u>Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.</u>**

At this time, the parties have no specific proposals for the formulation and simplification of issues; yet the parties agree to continue to work in good faith to simplify all issues and eliminate any unnecessary claims or defenses.

**E.**      **<u>The necessity or desirability of amendments to the pleadings</u>.**

The parties do not believe that the pleadings need to be amended further.

**F.**      **<u>The possibility of obtaining admissions of fact and documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence</u>.**

The parties hope to be able to stipulate to the authenticity of, and potentially the admissibility of, documents and will discuss possible admissions of fact. The parties are not presently aware of a need for advance rulings from the Court on the admissibility of any evidence.

**G.**      **<u>Suggestions for the avoidance of unnecessary proof and of cumulative evidence</u>.**

The parties will consult one another as necessary to avoid unnecessary proof and cumulative evidence.

Case Number: 19-21351-CIV-MARTINEZ

**H.** **Suggestions on the advisability of referring matters to the Magistrate Judge.**

Pursuant to this Court's Order of Referral dated March 13, 2023, all discovery motions and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations, are referred to United States Magistrate Judge Jacqueline Becerra to take all appropriate action. *See* [ECF No 31, ¶10]. The parties reserve their right to appeal decisions of the Magistrate Judge to the District Judge. The parties do not agree to the referral of any other matters to the Magistrate Judge.

**I.** **A preliminary estimate of the time required for trial.**

The parties estimate that trial will last approximately five (5) days.

**J.** **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

None other than the those already provided for in the Court's Scheduling Order [ECF No. 31].

**K.** **Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

**II.** **Requirements by the Court's Order**

A. The parties request a jury trial.

B. Outline of the legal elements of each claim and defenses raised by the pleadings (modeled on pattern substantive jury instructions applicable in this court):

1. Plaintiff's claims:

Case Number: 19-21351-CIV-MARTINEZ

Plaintiff has raised claims alleging violations of her civil rights under 42 USC 1983 (Counts II, III, IV, V, VI, and VII), violations of Florida Statutes for false arrest and battery (County I and VIII, respectively), intentional infliction of emotional distress (Count IX), civil conspiracy (Count X), and gross negligence (Count XI). Plaintiff's claims against the defendant officers will require her to prove that the officers unlawfully arrested her and caused her to be subjected to criminal proceedings unjustly and while the defendant officers were acting under color of legal authority. Plaintiff's claims against Miami-Dade County and the Miami-Dade County Police Department will require her to prove that these defendants acted negligently in their retention, training, or supervision of the defendant officers, and that as a result of this negligence Plaintiff was harmed. Plaintiff's claims against all of the defendants will require her to prove that the defendant officer's actions were part of a pattern and practice of excessive use of force by the Department's officers and that the Department and County allowed or encouraged such practice. Plaintiff's claims will also require her to prove that all of the defendants engaged in outrageous conduct with knowledge or reckless disregard of the fact that their outrageous conduct would injure Plaintiff. Finally, Plaintiff's claims require that she prove that the defendants entered into an agreement to falsify evidence against Plaintiff.

    2. <u>Defenses raised by the pleadings</u>:

        i. Defendants have not yet filed answers in this case. Defendants J.F. Calderon and Alejandro Giraldo have filed motions to dismiss [ECF Nos. 30, 33]. Defendants Miami-Dade County and Miami-Dade Police Department anticipate filing a motion to dismiss on or before April 17, 2023, the day their response to the complaint is due. *See* [ECF No. 35].

C.     <u>Good faith estimate of specific dollar valuation of actual damages</u>:

Case Number: 19-21351-CIV-MARTINEZ

Plaintiff estimates her actual damages to be between $1 million and $1.5 million.

D. <u>Need for variance from the discovery limitations</u>:

  i. The parties do not anticipate any need to vary from the discovery limitations imposed by the Local Rules and/or the Federal Rules of Civil Procedure.

E. *See* Attachment A, reflecting the parties' completed Magistrate Judge Jurisdiction Election Form.

Dated: April 10, 2023

Respectfully submitted,

| RODRIGUEZ TRAMONT & NUÑEZ, P.A.<br>***Counsel for Plaintiff, Dyma Loving***<br><br>By: /s/ *Andrew V. Tramont*<br>Andrew V. Tramont<br>Florida Bar No. 322830<br>Stephanie T. Núñez<br>Florida Bar No. 99588<br>Paul M. Núñez<br>Florida Bar No. 124205<br>Telephone: 305-350-2300<br>avt@rtgn-law.com<br>stn@rtgn-law.com<br>pmn@rtgn-law.com | **GERALDINE BONZON-KEENAN**<br>MIAMI-DADE COUNTY ATTORNEY<br>***Counsel for Defendants Miami-Dade County and Miami-Dade County Police Department***<br><br>By: /s/ *Jennifer L. Hochstadt*<br>Jennifer L. Hochstadt (FBN 56035)<br>Assistant County Attorney<br>Stephen P. Clark Center<br>111 N.W. 1st St., Suite 2810<br>Miami, Florida 33128<br>Telephone: 305-375-5151<br>Hochsta@miamidade.gov |
| --- | --- |
| TERI GUTTMAN VALDES LLC<br><br>***Counsel for Alejandro Giraldo***<br><br>By:/s/ *Teri Valdes*<br>Teri Guttman Valdes (FBN 10741)<br>1501 Venera Avenue,<br>Suite 300<br>Coral Gables, Fl 33146<br>Telephone: 305-740-9600<br>Tgvaldes@aol.com | Rhea P. Grossman, Esquire<br><br>***Counsel for J.F. Calderon***<br><br>By:/s/ *Rhea P. Grossman*<br>Rhea P. Grossman (FBN 092640)<br>2650 West State Road 84, Suite 102<br>Fort Lauderdale, Florida 33312<br>Telephone: 954-587-8488<br>rheagrossman@bellsouth.net |

Case Number: 19-21351-CIV-MARTINEZ

## **CERTIFICATE OF SERVICE**

On April 10, 2023, I electronically filed this document with the Clerk of Court using CM/ECF and served a true and correct copy on all counsel of record via CM/ECF.

*By: s/ Andrew V. Tramont*
Andrew V. Tramont