UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-21351-CIV-MARTINEZ-OTAZO-REYES

DYMA LOVING,

    Plaintiff,

v.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.

_____/

**SERVED DEFENDANTS' JOINT MOTION TO EXTEND ALL
PENDING PRE-TRIAL DEADLINES AND TRIAL DATE BY SIX MONTHS**

Defendants Miami-Dade County, former Miami-Dade Police Officer Giraldo, and Miami-Dade Police Officer Calderon ("Served Defendants") jointly seek an order extending all pending pre-trail deadlines, including the trial date, by six months, and in support state as follows:

1.    On March 13, 2023, the Court entered a Scheduling Order [ECF No. 31], setting a trial date of March 25, 2024, and requiring the parties to meet certain pre-trail deadlines. *See* Scheduling Order [ECF No. 31].

2.    Since then, the Served Defendants filed motions to dismiss the Complaint [ECF Nos. 30, 33, 34], Plaintiff sought—and received—a one-month extension of time to respond to the Motions [ECF No. 46], Plaintiff then sought leave to amend the Complaint [ECF No. 48], Plaintiff filed an Amended Complaint adding an additional party [ECF No. 48], and the Served Defendants responded to Plaintiff's Amended Complaint [ECF Nos. 52, 58, 59].

3.    Because this case is in its infancy no party has begun discovery. This makes sense especially in light of the posture of the case —the Amended Complaint was just filed last month,

and the newly added Defendant (Sergeant Jorge Ferrer) has not been served yet. Moreover, Miami-Dade County's Motion to Dismiss, raises significant legal issues foreclosing all claims against the County as a matter of law. In addition, the two Motions to Dismiss filed last week by separate Defendants are not yet ripe for the Court's consideration and both have the potential to significantly narrow the scope of this case and the number of Defendants. For these reasons, good cause exists to extend all pending pre-trial deadlines. A six-month extension would allow the Defendants to take discovery in an orderly manner after briefing on their motions to dismiss is complete and after all Defendants have been served.

4. Accordingly, the Served Defendants respectfully request a six-month extension of all pending pre-trial deadlines, including the trial date, as follows:

| Date | Deadline |
|---|---|
| 2-28-2024 | Parties shall exchange expert witness summaries and reports. |
| 3-7-2024 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 3-27-2024 | Parties exchange rebuttal expert witness summaries and reports. |
| 05-16-2024 | All discovery, including expert discovery, shall be completed. |
| 05-27-2024 | A mediator must be selected. |
| 06-18-2024 | All *Daubert*, summary judgment, and other dispositive motions must be filed. Each party is limited to filing a single *Daubert* motion of no more than 20 pages. Summary judgment motions, in addition to containing a Statement of Material Facts pursuant to Local Rule 56.1(a), shall be accompanied by a separately-filed Joint Statement of Undisputed Fact, which must include all relevant facts about which there is no material dispute. Each |

|  |  |
|---|---|
|  | undisputed fact shall be individually numbered and separated by paragraphs. This filing is limited to 10 pages and does not otherwise change the parties' obligation to comply with Local Rule 56.1. |
| 07-25-2024 | Mediation shall be completed. |
| 08-09-2024 | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion in limine, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| 08-23-2024 | Joint Pretrial Stipulation must be filed. |
| 09-10-2024 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 09-20-2024 | Proposed voir dire questions must be filed. |
| 09-23- 2024 | TRIAL |

5. The requested modifications will allow all parties sufficient time to conduct discovery and prepare for trial in an organized manner.

6. This Motion is made in good faith and not for purposes of delay, and it is the first motion for a modification of the Scheduling Order requested by the Served Defendants.

7. Given that this case is still in its inception, the requested extension of time will not prejudice the parties nor unduly delay proceedings in this matter.

8. In compliance with Local Rule 7.1(a)(2), a proposed order accompanies this Motion, attached as Exhibit 1.

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

In compliance with Rule 7.1(a)(3) of the Local Rules for the Southern District of Florida, defense counsel conferred with Plaintiff's counsel who indicated Plaintiff does not oppose a two-

month extension of time but does oppose a six-month extension. Because Plaintiff has not yet served all Defendants, and briefing on motions to dismiss is not complete, the Served Defendants believe a two-month extension of time will not suffice to complete all discovery, including expert discovery, in this case.

Dated: August 25, 2023

Respectfully submitted,

**GERALDINE BONZON-KEENAN**
MIAMI-DADE COUNTY ATTORNEY

By: */s/ Fabiana Cohen*
Fabiana Cohen (FBN 119732)
Bernard Pastor (FBN 0046582)
Assistant County Attorneys
Stephen P. Clark Center
111 N.W. 1st St., Suite 2810
Miami, Florida 33128
Telephone: 305-375-5151
cohenf@miamidade.gov
Bernardo.Pastor@miamidade.gov
*Counsel for Miami-Dade County*

By: */s/ Rhea P. Grossman*
Rhea P. Grossman (FBN 092640)
2650 West State Road 84, Suite 102
Fort Lauderdale, Florida 3312
Telephone: 954-587-8488
Email: rheagrossman@comast.net
*Counsel for J.F. Calderon*

By: */s/ Teri Guttman Valdes*
Teri Guttman Valdes (FBN 010741)
1501 Venera avenue, Suite 300
Coral Gables, Florida 33146
Telephone: 305-740-9600
Email: tgvaldes@aol.com
*Counsel for Alejandro Giraldo*