UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-21351-CIV-MARTINEZ-BECERRA

DYMA LOVING,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.

_____/

## ORDER EXTENDING PRETRIAL DEADLINES AND CONTINUING TRIAL

**THIS CAUSE** came before the Court upon Defendants Miami-Dade County, former Miami-Dade Police Officer Giraldo, and Miami-Dade Police Officer Calderon's Motion to Extend Pre-Trial Deadlines and Trial Date (the "Motion"), (ECF No. 61). After a careful review of the Motion, pertinent parts of the record, and having been advised in the premises, it is:

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 61), is **GRANTED in part** as stated herein. The previous Calendar Call and Trial Period set forth in the Scheduling Order are hereby **CANCELLED and RESET**.

2. Trial is rescheduled to commence during the two-week period beginning **Monday, September 16, 2024, at 9:30 a.m.** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Suite 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, September 12, 2024, at 1:30 p.m.** at the same location.

3. Accordingly, the Scheduling Order's pretrial deadlines are modified as follows:

| | |
|---|---|
| 2-28-2024 | Parties shall exchange expert witness summaries and reports. |
| 3-07-2024 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 3-27-2024 | Parties exchange rebuttal expert witness summaries and reports. |
| 5-16-2024 | All discovery, including expert discovery, shall be completed. |
| 6-18-2024 | All *Daubert* summary judgment, and other dispositive motions must be filed. |
| 7-25-2024 | Mediation shall be completed. |
| 8-09-2024 | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| 8-23-2024 | Joint Pretrial Stipulation must be filed. |
| 9-10-2024 | Proposed jury instructions or proposed findings of fact and conclusions of law must be filed. |
| 9-10-2024 | Proposed *voir dire* questions must be filed. |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Becerra