UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 19-21351-CIV-MARTINEZ

DYMA LOVING,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, FLORIDA,
MIAMI-DADE POLICE DEPARTMENT,
JORGE FERRER, ALEJANDRO GIRALDO,
and J.F. CALDERON,

    Defendants.
_____/

### DEFENDANT ALEJANDRO GIRALDO'S NOTICE OF JOINDER IN DEFENDANT MIAMI-DADE COUNTY'S MOTION TO STAY DISCOVERY PENDING RULING ON CASE DISPOSITIVE MOTION TO DISMISS

DEFENDANT, ALEJANDRO GIRALDO, by and through his undersigned counsel files this Notice of Joinder in Defendant Miami-Dade County's Motion to Stay Discovery Pending Ruling on Case Dispositive Motion to Dismiss and states as follows:

1. Defendant, Miami-Dade County, filed its Motion to Stay Discovery Pending Ruling on Case Dispositive Motion to Dismiss on November 20, 2023 which asserts that in the interest of judicial and litigant economy, discovery should be stayed pending a ruling on its Motion to Dismiss, which if granted, would dispose of all claims against it.

2. Although Plaintiff has not yet served discovery on Defendant, GIRALDO, the same reasons asserted by Defendant, MIAMI-DADE COUNTY, for staying of discovery apply to GIRALDO's case in that his pending Motion to Dismiss [ECF No. 58] would dispose of Plaintiff's claims against him, if granted. Moreover, Defendant, GIRALDO'S, Motion to Dismiss is unopposed as no response in opposition was filed by Plaintiff.

WHEREFORE, Defendant, GIRALDO, respectfully joins in Defendant, MIAMI-DADE COUNTY'S Motion to Stay Discovery and would request that, if granted, the stay apply as to him as well.

Respectfully submitted,

TERI GUTTMAN VALDES LLC
Counsel for Defendant Giraldo
1501 Venera Avenue, Suite 300
Coral Gables, Florida 33146
Telephone: (305) 740-9600
E-mail: tgvaldes@aol.com


s/Teri Guttman Valdes
Teri Guttman Valdes
Fla. Bar No. 010741