UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-21351-CIV-MARTINEZ

DYMA LOVING,

    Plaintiff,

v.

MIAMI-DADE COUNTY, *et al.*,

    Defendant.

_____/

## ORDER GRANTING MOTION TO STAY DISCOVERY

**THIS CAUSE** came before the Court upon Defendant Miami-Dade County's Motion to stay Discovery ("Motion"), (ECF No. 69). The Court has carefully reviewed the Motion, pertinent portions of the record, and is otherwise fully advised in the premises. After careful consideration, and for the reasons set forth herein, the Motion, (ECF No. 69), is **GRANTED**.

District courts have the broad discretion to stay litigation proceedings. *Clinton v. Jones*, 520 U.S. 681, 683 (1997). "A stay of discovery pending the determination of a motion to dismiss, however, is the exception rather than the rule." *Cabrera v. Progressive Behavioral sci., Inc.*, 331 F.R.D. 185, 186 (S.D. Fla. 2019) (citing *McCabe v. Foley*, 233 F.R.D. 683, 685 (M.D. Fla. 2006) ("A request to stay discovery pending a resolution of a motion is rarely appropriate unless resolution of the motion will dispose of the entire case.")). "In deciding whether to stay discovery pending resolution of a motion to dismiss, the court must balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery." *Point Conversions, LLC v. Lopane*, No. 20-CIV-61549, 2020 WL 6700236, at *2 (S.D. Fla. Oct. 29, 2020) (quoting *Koock v. Sugar & Felsenthal, LLP*, No. 8L09-CV-609-T-

1

17EAJ, 2009 WL 257307, at *2 (M.D. Fla. Aug. 19, 2009)). This requires taking a "preliminary peek" at the merits of the motion. *Point Conversions, LLC v. Lopane*, 2020 WL 6700236, at *2.

If Defendant's Motion to Dismiss were granted, (ECF No. 59), it would dispose of all counts against Defendant with prejudice because: (1) Plaintiff failed to comply with Florida's mandatory pre-suit notice requirement, thus barring all state claims against the County (*id.* at at 2-3); (2) the County invoked its entitlement to state sovereign immunity (*id.* at 4-7; and (3) Plaintiff fails to state a claim for municipal liability under *Monell*, barring the federal claims against the County (*id.* at 8-18). Accordingly, after taking a "preliminary peek" at the motion to dismiss—and without opining on the merits—a stay of discovery is warranted until the motion to dismiss is ruled upon.

For the foregoing reasons, it is **ORDERED** and **ADJUDGED** that:

1. Defendants' Motion, (ECF No. 69), is **GRANTED**.

2. Discovery is **STAYED** as to Defendant Miami-Dade County pending resolution of the County's Motion to Dismiss the Amended Complaint, (ECF No. 59).

**DONE AND ORDERED** in Chambers at Miami, Florida this 2 day of February 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record