UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 19-cv-21351CIV-MARTINEZ

DYMA LOVING,
Plaintiff,
v.

MIAMI-DADE COUNTY, *et al.*,
Defendants.
_____________________________________/

**PLAINTIFF'S FACT WITNESS LIST**

Plaintiff, Dyma Loving, hereby designates the following witnesses who may be called to testify at the trial of this matter:

1. Dyma Loving
   c/o Rodriguez Tramont & Nunez, P.A.
   255 Alhambra Circle, Suite 1150
   Coral Gables, Florida 33134

2. Adrianna Green
   Address to be determined

3. Alejandro Giraldo
   c/o Teri Guttman Valdes LLC
   1501 Venera Ave., Suite 300
   Coral Gables, FL 33146

4. Juan Calderon
   c/o Rhea P. Grossman, Esq.
   2650 West State Road 84, Suite 102
   Fort Lauderdale, Florida 33312

5. Cassandra Bissett
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

6. Modesto Lourido
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

7. Juan Perez
   24 Dockside Lane #505
   Key Largo, FL 33037

8. Citria Easterling
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

9. Daniel Ramos-Aviles
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

10. Irinia Fonseca Villalba
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

11. Jorge Ferrer
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

12. Michelle Gonzalez
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

13. Michael Ziadie
   11321 SW 201 St
   Miami, FL 33015

14. Mercedes Falcon
   16100 SW 107 Ave
   Miami, FL 33157

15. Virginia Holleran
   c/o Miami-Dade Police Department
   9105 NW 25th Street,
   Doral, FL 33172

16. Sebastian Gay
   c/o Miami-Dade Police Department
   9105 NW 25th Street,

Doral, FL 33172

17. Samuel Bronson
c/o Miami-Dade Police Department
9105 NW 25th Street,
Doral, FL 33172

18. Lorna Santiago
8000 SW 107 Ave
Miami, Florida 33173

19. Records Custodian of Miami-Dade County Police Department.
c/o Jennifer L. Hochstadt, Esq.
Miami-Dade County Attorney's Office
Metro Dade Center
111 NW 1st Street -Suite 2810
Miami, FL 33128-1993

20. All records custodians for documents listed on Defendants' Exhibit List.

21. All witnesses listed by Defendant, without waiving any objections to same.

22. Rebuttal witnesses.

23. All witnesses identified through remaining discovery.

24. Any and all witnesses whose existence becomes known after the filing of this Witness List, without waiving any objections to same.

Date: March 7, 2024

Respectfully submitted,

RODRIGUEZ TRAMONT & NUNEZ, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134
Telephone: (305) 350-2300

**By: *_/s/_ Paul M. Nunez___***
ANDREW V. TRAMONT, ESQ.
Florida Bar No.: 322830
avt@rtgn-law.com
PAUL M. NUÑEZ, ESQ.
Florida Bar No.: 124205
pmn@rtgn-law.com

*Counsel for Plaintiff*