UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 19-21351-CIV-MARTINEZ

DYMA LOVING,
    Plaintiff,
v.

MIAMI-DADE COUNTY, *et al.,*
    Defendants.
_____/

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7.8

Plaintiff files this "Notice of Supplemental Authority Pursuant to Local Rule 7.8" in support of her "Response in Opposition to Defendant Miami-Dade County's Motion to Dismiss" [D.E. 65] (the "Response").

Miami-Dade County argued that because Plaintiff allegedly failed to comply with the statutory notice requirement of Florida Statute § 768.28(6)(a), her complaint must be dismissed. On page six of her Response, Plaintiff argued that the allegations in her Amended Complaint were sufficient to survive dismissal because she alleged that she "has complied with all conditions precedent to this lawsuit, or those conditions, including Fla. Stat. § 768.28(6)(a), have been waived." *See*, Amended Complaint, at ¶ 56.

The Middle District of Florida addressed this point in *Smith v. Rainey, 747 F. Supp. 2d 1327, 1337 (M.D. Fla. 2010)*. It rejected the defendants' "contention that Plaintiffs have not complied with the pre-suit notice requirement of Fla. Stat. § 768.28" and held that the complaint's "alleg[ation] that 'all conditions precedent have been satisfied, complied with or waived, including but not limited to applicable notice provisions' . . . [was] sufficient to satisfy the pleading requirements of both Florida Rule of Civil Procedure 1.120(c) and Fed.R.Civ.P. 8(a)."

2

Dated: February 13, 2025                                   Respectfully submitted,

                                                RODRIGUEZ TRAMONT & NUÑEZ, P.A.
                                                Counsel for Plaintiff, Dyma Loving

                                                *s/ Andrew V. Tramont*

                                                Andrew V. Tramont
                                                Florida Bar No. 322830
                                                Stephanie T. Núñez
                                                Florida Bar No. 99588
                                                Paul M. Núñez
                                                Florida Bar No. 124205